DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL P. BREEN,** a/k/a **MICHAEL PATRICK BREEN,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-NCI,**
Appellee.

No. 4D19-3736

[January 28, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 502016CA014202XXXXMBAJ.

Michael McCormick, Jr. and Kendrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellant.

William J. Simonitsch and Stephen A. McGuiness of K&L Gates LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***